UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALICIA GONZALEZ RIVERA

V

C.A.
DHS File No. A79 227 512
CA 08 199S

DEPARTMENT OF HOMELAND
SECURITY, BUREAU OF CITIZENSHIP
AND IMMIGRATION SERVICES

PETITION FOR REVIEW

Petitioner, Alicia Gonzalez Rivera, hereby petitions the United States District Court for de novo review of the denial of the Petitioner's application for citizenship by the Field Office Director of the Defendant located in Providence, Rhode Island.

1. Jurisdiction. The Petitioner is a domiciled inhabitant and resident of the County of Providence, State of Rhode Island. Pursuant to Section 310 (c) of the Immigration and Nationality Act, the District Court of Rhode Island has jurisdiction and venue over the within petition. A copy of the Decision on Naturalization Appeal dated January 25, 2008 is attached to the within Petition as Attachment 1.

2. Parties. The Petitioner is and at all times relevant to the within petition has been a domiciled resident and inhabitant of the State of Rhode Island. Pursuant to 8 C.F.R. Section 336.9, the within petition is brought against the Department of Homeland Security, Bureau of Citizenship and Immigration Services, it being the successor agency to the Immigration and Naturalization Service.

3. Relief. The Petitioner requests the following relief:

a. that the Court conduct a hearing de novo on the Petitioner's application for naturalization;

b. that the Court make its own findings of fact and conclusions of law

c. that the Court hold unlawful and set aside agency action, findings and conclusions as the Court may variously find the same to be:

(1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law;

(2) contrary to constitutional right, power, privilege, or immunity;

(3) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;

(4) without observance of procedure required by law; or

(5) unwarranted by the facts.

d. that the Court grant the petition and naturalize the Petitioner herein.

ALICIA GONZALEZ RIVERA
by her attorney,

Robert D. Watt Jr.
Attorney for Petitioner
84 Ship Street
Providence, Rhode Island 02903
401-861-8810
401-453-4906
wattesq@aol.com

Date: May 23, 2008

CERTIFICATION

I hereby certify that I did on the 23rd day of May 2008 mail a true copy to Attorney General of the United States, U.S. Department of Justice, Washington, D.C. 20530, and to the Office of Immigration Litigation, Civil Division, U.S. Department of Justice, P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044, and to the office of Rosetta R. Martini, Field Office Director, Bureau of Citizenship and Immigration Services, Department of Homeland Security, 200 Dyer Street, Providence, Rhode Island 02908.