IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALICIA GONZALEZ RIVERA<br>Plaintiff<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY and BUREAU OF CITIZENSHIP and IMMIGRATION SERVICES<br>Defendants. | ) | C.A. NO. 08-199S |

DEFENDANT'S ASSENTED-TO MOTION FOR ENTRY OF REMAND

Now comes the United States of America, on behalf of the defendants, the Department of Homeland Security and the Bureau of Citizenship and Immigration Services, and hereby moves for an order remanding this matter to the Department of Homeland Security, Citizenship and Immigration Services, pursuant to 8 U.S.C. §1447(b), 8 U.S.C. 1421( c), and 8 C.F.R. § 103.5. Remand is appropriate to afford the petitioner the opportunity to submit evidence relating to the bona fides of her marriage and to request an additional interview, which will enable Citizenship and Immigration Services to adjudicate this matter based upon a fully developed record. Remand of this matter will conserve judicial resources and allow the parties to compile a complete administrative record.

Counsel for the petitioner, Alicia Gonzalez Rivera, has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys

Robert Clark Corrente
United States Attorney

/s/ Richard B. Myrus
Richard B. Myrus
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401/709-5000
401/709-5017 (fax)
Email: richard.myrus@udoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2008, I electronically filed the within Defendant's Assented-to Motion for Entry of Remand with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Robert D. Watt, Jr., Esq.
84 Ship Street
Providence, RI 02903-4192

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney